IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KAVIN BIZZELL**

**VS.**                             **2:02CV00107-JM**

**UNITED STATES OF AMERICA**

<u>**ORDER**</u>

Kavin Bizzell's motion to seal [Doc. No. 15] is denied because he has not presented "sufficient grounds to override the common-law right of access" to judicial records in order to justify sealing this case. *IDT Corp v. eBay*, 709 F.3d 1220, 1223 (8th Cir. 2013).

IT IS SO ORDERED this 1st day of April, 2024.

                                                                                     UNITED STATES DISTRICT JUDGE